**Order entered August 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00132-CR

**JOSE GUTIERREZ-MONTERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00393-T**

## ORDER

Before the Court is the State's July 31, 2018 motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received on July 31 filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE